IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILLIAM W. MORRISETTE, IV, )
)
    Plaintiff, )
)
v. ) Civil Action No. 3:22-cv-627–HEH
)
T.L. WHITEHEAD, *et al.*, )
)
    Defendants. )

## MEMORANDUM OPINION
### (Dismissing Action Without Prejudice)

By Memorandum Order entered on November 15, 2022 (ECF No. 6), the Court directed Plaintiff to pay an initial partial filing fee of $14.13 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action (ECF No. 1) will be dismissed without prejudice.

An appropriate Final Order shall accompany this Memorandum Opinion.

                                                                      /s/
                                         Henry E. Hudson
Date: Feb. 16, 2023             Senior United States District Judge
Richmond, Virginia